# UNITED STATES DISTRICT COURT

for

# EASTERN DISTRICT OF NORTH CAROLINA
## WESTERN DIVISION

U.S.A. vs. Patrick Daniel Mackey            Docket No. 5:06-CR-231-2BO
                                                                                                   5:08-CR-10-2BO

## Petition for Action on Supervised Release

COMES NOW Jeffrey L. Keller, probation officer of the court, presenting a petition for modification of the Judgment and Commitment Order of Patrick Daniel Mackey, who, upon an earlier plea of guilty to three counts of Bank Robbery and Aiding and Abetting, in violation of 18 U.S.C. §§ 2113(a) and 2, was sentenced by the Honorable Terrence W. Boyle, U.S. District Judge, on April 15, 2008, to the custody of the Bureau of Prisons for a term of 90 months. It was further ordered that upon release from imprisonment the defendant be placed on supervised release for 36 months under the standard conditions adopted by the court and the following additional conditions:

1. The defendant shall participate as directed in a program approved by the probation office for the treatment of narcotic addiction, drug dependency, or alcohol dependency which will include urinalysis testing or other drug detection measures and may require residence or participation in a residential treatment facility.

2. The defendant shall cooperate in the collection of DNA as directed by the probation officer.

3. The defendant shall pay a special assessment of $300.00 and restitution in the amount of $8,108.00.

Patrick Daniel Mackey is scheduled to be released from custody on August 28, 2012, at which time the term of supervised release will commence.

**RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:**

Mr. Mackey's case manager, Josette Snyder, has reported to the probation office that Mr. Mackey has no residence available upon his release from custody, which is currently scheduled to occur on August 28, 2012. It was recommended to Mr. Mackey that he request a public law placement at the residential reentry center upon his release. He agreed to this plan and signed a Waiver of Hearing agreeing to the proposed modification of supervision.

Patrick Daniel Mackey
5:06-CR-231-2BO
5:08-CR-10-2BO
Petition for Action

**PRAYING THAT THE COURT WILL ORDER** that supervised release be modified as follows:

1. The defendant shall undergo placement in a residential reentry center for a period of up to 120 days as arranged by the probation office and shall abide by the conditions of that program during said placement. After establishing a suitable residence plan, the defendant may be discharged with the approval of the probation officer.

   Except as herein modified, the judgment shall remain in full force and effect.

I declare under penalty of perjury that the foregoing is true and correct.

/s/ Jeffrey L. Keller
Jeffrey L. Keller
Supervising U.S. Probation Officer
310 New Bern Avenue, Room 610
Raleigh, NC 27601-1441
Phone: 919-861-8660
Executed On: August 24, 2012

## ORDER OF COURT

Considered and ordered this 27 day of August, 2012, and ordered filed and made a part of the records in the above case.

Terrence W. Boyle
U.S. District Judge