IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
NO. 5:06-CR-231-BO-1

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| v.  ) | **ORDER** |
| ) | |
| MARION LOUISE BARRINGER ) | |
| ) | |
| _____ ) | |

This matter is before the Court on defendant's pro se motion to terminate her supervised release [DE 90]. The motion is DENIED.

Defendant requests early termination, stating that she could be eligible for a higher paying job and the expense and lost work time associated with traveling the 50 miles to see her probation officer is unduly burdensome. Defendant's probation officer, however, opposes the early termination. The officer cites defendant's lengthy criminal history, seriousness of her offense, failure to comply with the terms of her supervised release, and her outstanding restitution. Defendant has not shown evidence of exceptionally good behavior or any other viable reason for early termination. After considering the factors set forth in 18 U.S.C. § 3553(a), the Court denies Defendant's request for early termination.

SO ORDERED, this __19__ day of November, 2013.

TERRENCE W. BOYLE
UNITED STATES DISTRICT JUDGE